HALL GRIFFIN LLP
JERED T. EDE, State Bar No. 273440
  *jede@hallgriffin.com*
JANE M. KUTEPOVA, State Bar No. 305254
  *jkutepova@hallgriffin.com*
1851 East First Street, 10th Floor
Santa Ana, California 92705-4052
Telephone: (714) 918-7000
Facsimile: (714) 918-6996

WALSH, BAKER & ROSEVEAR
JAMES M. WALSH, State Bar No. 85828
  *jmwalsh@wbrl.net*
9468 Double R Blvd., Suite A
Reno, Nevada 89521
Telephone: (775) 853-0883
Facsimile: (775) 853-0860

Attorneys for Plaintiff
INTERNATIONAL LINING TECHNOLOGY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| INTERNATIONAL LINING TECHNOLOGY,<br><br>Plaintiff,<br><br>vs.<br><br>WOOD BROS, INC., a California Corporation; MERCHANTS BONDING COMPANY (a.k.a MERCHANTS NATIONAL BONDING, INC.), an Iowa Corporation; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California Corporation; ACCREDITED SURETY AND CASUALTY COMPANY, INC., a Florida Corporation,<br><br>Defendants. | CASE NO. 1:18-CV-01418-SKO<br><br>JUDGE: Hon. Sheila K. Oberto<br>CTRM.: 7<br><br>**STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE**<br><br>ACTION FILED: October 12, 2018<br>TRIAL DATE: None Set |

Plaintiff INTERNATIONAL LINING TECHNOLOGY ("Plaintiff") and

Defendants WOOD BROS, INC, a California Corporation ("WOOD"), MERCHANTS

BONDING COMPANY (a.k.a. MERCHANTS NATIONAL BONDING, INC.), an Iowa

Corporation ("MERCHANTS"), AMERICAN CONTRACTORS INDEMNITY COMPANY, a California Corporation ("AMERICAN"), and ACCREDITED SURETY AND CASAULTY COMPANY, INC. ("ACCREDITED") (collectively, "Defendants") (collectively the "Parties"), by and through their respective attorneys of record, stipulate as follows:

WHEREAS, Plaintiff filed its Complaint in the above-captioned matter (the "Action") on October 12, 2018;

WHEREAS, the Settlement Conference in this matter is scheduled to occur on July 11, 2019;

WHEREAS, the Parties have not fully completed the discovery process;

WHEREAS, the Parties agree that for the Settlement Conference to be fruitful, additional time to complete discovery is necessary;

WHEREAS, the Parties request that the Settlement Conference be continued so that the Parties may complete necessary discovery and engage in a full and meaningful Settlement Conference;

NOW THEREFORE, the Parties stipulate to the following:

1. The Settlement Conference shall be continued about 90 days for a date convenient for the Court.

DATED: July 5, 2019 HALL GRIFFIN LLP

By: */s/ Jane M. Kutepova*
Jered T. Ede
Jane M. Kutepova
Attorneys for Plaintiff

[SIGNATURES CONTINUED ON FOLLOWING PAGE]

DATED: July 5, 2019                    GRISWOLD, LaSALLE, COBB,
                                       DOWD & GIN, L.L.L.P


                                       By:      */s/ Andrew J. Brownson*
                                              Michael R. Johnson
                                              Andrew J. Brownson
                                          Attorneys for Defendants

# **ORDER**

Pursuant to the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that the settlement conference currently set for July 11, 2019, is CONTINUED to **October 17, 2019, at 9:30 AM in Courtroom 8 before Judge Barbara A. McAuliffe.** All applicable requirements and deadlines set forth in the Court's Order Regarding Settlement Conference (Doc. No. 27) shall remain in effect and are extended accordingly.

IT IS SO ORDERED.

Dated: **July 8, 2019**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

4

Case No. 1:18-CV-01418-SKO
STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE
K:\BAM\To_Be_Signed\18cv1418.o.stip.continue.settlement.conf.International Lining.SKO.BAM.ss.docx